**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patrick V. Gibbons Jr.<br>_Debtor_ | CHAPTER 13<br><br>BKY. NO. 12-13820 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee, for the certificate holders of Asset-Backed Pass-Through Certificates, Series 2005-WCW1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5068

    Respectfully submitted,

**/s/Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406