# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 12-13820-JKF

PATRICK V GIBBONS JR

96 CONESTOGA ROAD
WAYNE, PA 19087

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PATRICK V GIBBONS JR

96 CONESTOGA ROAD
WAYNE, PA 19087

Counsel for debtor(s), by electronic notice only.

DAVID H LANG
LAW OFFICES OF DAVID H LANG
203 N MONROE ST
MEDIA, PA 19063-

                  /S/ William C. Miller

Date: 9/29/2016             _____

                  William C. Miller, Esquire
                  Chapter 13 Standing Trustee