## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK V GIBBONS JR                              Chapter 13


                    Debtor            Bankruptcy No. 12-13820-JKF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                              Jean K. FitzSimon
                              Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
DAVID H LANG
LAW OFFICES OF DAVID H LANG
203 N MONROE ST
MEDIA, PA 19063-


Debtor:
PATRICK V GIBBONS JR


96 CONESTOGA ROAD
WAYNE, PA 19087