United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-13820-jkf
Patrick V. Gibbons, Jr.                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG           Page 1 of 2           Date Rcvd: Feb 13, 2017
                              Form ID: pdf900           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2017.
```
db             +Patrick V. Gibbons, Jr.,    96 Conestoga Road,    Wayne, PA 19087-3935
cr             +Radnor Township,    P.O. Box 215,    Perkasie, PA 18944-0215
12733899      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20507,
                 Kansas City, MO 64195)
12733900       +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
12733901       +Experian,    955 American Lane,    Schaumburg, IL 60173-4998
12733905       +Phelan Hallinan & Schmieg LLP,    1617 JKF Blvd, Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
12733906        Radnor Township,    John Osborne, Treasurer,    P.O. Box 3063,    Southeastern, PA 19398
12955727       +Radnor Township,    Township Municipal Building,    301 Iven Avenue,    Wayne , PA 19087-5204
12733908        Transunion,    PO Box 2000,    Chester, PA 19022-2000
12825749       +Wells Fargo Bank, N.A.,    Bank of America, N.A. Bankruptcy Dept,    Mail Stop CA6-919-01-23,
                 400 National Way,    Simi Valley, CA 93065-6414
13706018        Wells Fargo Bank, N.A. as Trustee,    c/o Select Portfolio Servicing, Inc.,    P.O Box 65250,
                 Salt Lake City, UT 84165-0250
13192536       +Wells Fargo Bank, N.A., as Trustee, for,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 14 2017 01:59:07      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2017 01:58:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12733896       +E-mail/Text: g17768@att.com Feb 14 2017 01:58:25      At&t Credit Management,
                 AT&T   Credit Management Center,    Po Box 80701,    Charleston, SC 29416-0701
12733898       +Fax: 602-659-2196 Feb 14 2017 02:04:08      CheckSystems,    Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
12733902        E-mail/Text: cio.bncmail@irs.gov Feb 14 2017 01:58:27      Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12733903       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 14 2017 01:58:50
                 Office of the United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
12787783        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2017 01:58:46
                 Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
12733904       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2017 01:58:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                 Harrisburg, PA 17128-0001
12781265        E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2017 01:58:30
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
12733907       +E-mail/Text: crwkflw@firstdata.com Feb 14 2017 01:59:09      TeleCheck Services, Inc.,
                 5251 Westheimer,    Houston, TX 77056-5499
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12733914        Bank of America,    ATTN: Correspondence Unit,    CA6-919-01-41,    PO Box 5170
12733897        Bank of America,    ATTN: Correspondence Unit,    CA6-919-01-41,    PO Box 5170
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
12733913*      +At&t Credit Management,    AT&T   Credit Management Center,    Po Box 80701,
                 Charleston, SC 29416-0701
12733916*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20507,
                 Kansas City, MO 64195)
12733915*      +CheckSystems,    Attn: Customer Relations,    7805 Hudson Road, Suite 100,
                 Woodbury, MN 55125-1703
12733917*      +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
12733918*      +Experian,    955 American Lane,    Schaumburg, IL 60173-4998
12733919*       Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
12733920*      +Office of the United States Trustee,    833 Chestnut Street,    Suite 500,
                 Philadelphia, PA 19107-4405
12733921*      +Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                 Harrisburg, PA 17128-0001
12733922*      +Phelan Hallinan & Schmieg LLP,    1617 JKF Blvd, Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
12733923*       Radnor Township,    John Osborne, Treasurer,    P.O. Box 3063,    Southeastern, PA 19398
12733924*      +TeleCheck Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5499
12733925*       Transunion,    PO Box 2000,    Chester, PA 19022-2000
```

```
District/off: 0313-2          User: JeanetteG             Page 2 of 2              Date Rcvd: Feb 13, 2017
                              Form ID: pdf900             Total Noticed: 22

cr           ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
              Salt Lake City, UT 84115-4412
                                                                              TOTALS: 2, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:

```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              GREGORY   JAVARDIAN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com
              GREGORY   JAVARDIAN    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KELLY LYN EBERLE    on behalf of Creditor    Radnor Township keberle@grimlaw.com,
               ksaborsky@grimlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee, for Park
               Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW1
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as Servicer
               for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed
               Pass-Through Certificates, Series 2005-WCW1 mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Patrick V. Gibbons, Jr.
               steve@bottiglierilaw.com, ecfnotice@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    Select Portfolio Servicing, Inc. as Servicer for Wells
               Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through
               Certificates, Series 2005-WCW1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK V GIBBONS JR                    Chapter 13

                    Debtor              Bankruptcy No. 12-13820-JKF

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
DAVID H LANG
LAW OFFICES OF DAVID H LANG
203 N MONROE ST
MEDIA, PA 19063-

Debtor:
PATRICK V GIBBONS JR

96 CONESTOGA ROAD
WAYNE, PA 19087